AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____   District of   CALIFORNIA _____

ALIPHCOM

                          Plaintiff(s),       **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

QFX, INC.

                          Defendant(s),       CASE NUMBER: 14-CV-878-KAW

Notice is hereby given that, subject to approval by the court, __QFX, INC.__ substitutes
                                                                             (Party (s) Name)

__Thomas S. Kidde__ , State Bar No. __61717__ as counsel of record in
(Name of New Attorney)

place of __Kent B. Goss, Raija J. Horstman - ORRICK HERRINGTON & SUTCLIFFE LLP__ .
                                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          LEWIS BRISBOIS BISGAARD & SMITH LLP

    Address:             221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012

    Telephone:         213 250-1800                    Facsimile 213 250-7900

    E-Mail (Optional):    Thomas.Kidde@lewisbrisbois.com

I consent to the above substitution.

Date:   6/2/2014                           *Morris Rochel, QFX Inc. President*
                                                            (Signature of Party (s))

I consent to being substituted.                 KENT B. GOSS

Date:   6/2/2014
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____
                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   06/05/2014                            *Kandis Westmore*
                                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com