KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
JENNIFER D. ARKOWITZ (State Bar No. 236598)
jarkowitz@kilpatricktownsend.com
RYAN T. BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Plaintiff
ALIPHCOM

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>QFX, INC., a California corporation,<br><br>Defendant. | Civil Action No. 14-cv-1878 PJH<br><br>**PLAINTIFF ALIPHCOM'S REQUEST AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST DEFENDANT**<br><br>Complaint Filed:      April 23, 2014 |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Aliphcom voluntarily seeks to dismiss without prejudice its claims in this Action in accordance with the terms of a settlement agreement between the parties.



PLAINTIFF'S REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL         - 1 -
CASE NO. 14-CV-1878

| | | |
|---|---|---|
| 1 | DATED: November 6, 2014 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | By: */s/ Ryan Bricker* |
| | | GREGORY S. GILCHRIST |
| 4 | | JENNIFER D. ARKOWITZ |
| | | RYAN BRICKER |
| 6 | | Attorneys for Plaintiff |
| | | ALIPHCOM |

8   IT IS SO ORDERED.

9   Dated:  11/10/14

_____
Hon. Phyllis J. Hamilton
United States District Judge

[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge Phyllis J. Hamilton]

